ACCEPTED
03-17-00758-CV
21563519
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/2/2018 4:55 PM
JEFFREY D. KYLE
CLERK

# No. 03-17-00758-CV

IN THE 3ᴿᴰ COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/2/2018 4:55:59 PM
JEFFREY D. KYLE
Clerk

**Charles Holt, Tim Nations, Mike Dixon & Leonel Acevedo,** *Appellants*

**V.**

**Texas Department of Insurance-Division of Workers' Compensation and Commissioner Ryan Brannan, in his official capacity; the State of Texas by and through the Attorney General of Texas Ken Paxton, in his official capacity, and the City of Austin,** *Appellees*

**On appeal from the 53ʳᵈ District Court of Travis County, Texas;
Cause No. D-1-GN-16-003000, the Honorable Amy Clark Meachum Presiding**

**APPELLANTS' UNOPPOSED MOTION TO EXTEND TIME
TO FILE APPELLANTS' BRIEF**

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

Appellants, Charles Holt, Tim Nations, Mike Dixon & Leonel Acevedo, respectfully ask this Honorable Court to extend the time to file Appellants' Brief by 30 days.

**A.** **Introduction**

1. The Appellants, Charles Holt, Tim Nations, Mike Dixon & Leonel Acevedo, are injured Texas workers under the Texas Workers' Compensation Act.

2. The interlocutory Appellees are the Texas Department of Insurance-Division of Workers' Compensation and Commissioner Ryan Brannan, in his official capacity, and are the state agency and head of the agency and collectively referred to as TDI-DWC; the State of Texas by and through the Attorney General of Texas Ken Paxton, in his official capacity, and the City of Austin, a self-insured governmental entity acting as a workers' compensation insurance carrier in this matter.

3. This is an interlocutory appeal of the granting of governmental entities pleas to the jurisdiction.

4. Th current deadline for Appellants' Brief is January 4, 2018.

5. This motion is filed on January 2, 2018, within the time to file a brief as required by Texas Rules of Appellate Procedure including Rule 38.6.

6. Appellants seek an additional 30 days to file the Appellants' Brief extending the deadline until Saturday, February 3, 2018, which would extend the deadline to the following Monday, February 5, 2018.

7. Lead counsel for interlocutory Appellees, TDI-DWC, the State of Texas and the City of Austin are unopposed to this motion.

### B. Argument & Authorities

8. This Court has authority under the Texas Rules of Appellate Procedure including Rule 38.6 to grant Appellants additional time to file Appellants' Brief.

9. Appellants request an additional 30 days from to file the Appellants' Brief, extending the time until Monday February 5, 2018, the next business day after Saturday, February 3, 2018.

10. No prior extensions to extend time to file the Appellants' Brief have been granted, and the interlocutory governmental entities are unopposed to this extension.

11. Appellant needs additional time to file the Appellants' Brief because:

a. Counsel for Appellant has been involved with other judicial and administrative proceedings in the last month and continuing into the next. Appellant's counsel has also had previously set family and children's educational and extracurricular commitments in the last month and extending into this month including prior holiday family commitments. Appellants' counsel is of counsel to a very small law firm, and counsel has had an extremely heavy workload with prior deadlines and hearings. Among other matters, counsel filed a brief with the 4th Court of Appeals in Case No. 04-16-00662-CV on December 18, 2017, and counsel has a brief due with the 10th Court currently in Case No. 10-17-00273-CV on January 8, 2018, but an agreed extension has also been requested in that matter with the

other parties. Counsel also has previously set hearings on January 2nd (in town) and contested hearings on January 3rd and 4th (both out of town). Appellants' counsel is also currently lead counsel of record in District Court matters in Travis County, Harris County, Williamson County, Edinburgh County, Bexar County, and other counties.

b.      For the reasons contained herein, Appellants are filing this Motion to Extend Time to File the Appellants' Brief.

c.      To be able to file the succinctly and adequately file the Appellants' Brief in this significant workers' compensation matter an additional 30 days is requested from the original deadline.

## C.  Conclusion

This motion to extend time to file Appellants' Brief is not for the purposes of delay but for time for adequate and succinct briefing and more time to review the record in this critical workers' compensation matter.

## D.      Prayer

12.   For these reasons, Appellants respectfully pray and ask the Court to grant an extension of time of 30 days, plus two weekend days extending the deadline until Monday, February 5, 2018, to file the Appellants' Brief.

Respectfully,

/s/ Brad McClellan
Bradley Dean McClellan
Of Counsel, Law Offices of Richard Pena, P.C.
State Bar No. 13395980
2211 South IH-35, Suite 300
(512) 327-6884 telephone
(512) 327-8354 facsimile
Brad.McClellan@yahoo.com
Attorney for Appellants

### CERTIFICATE OF CONFERENCE

I certify that I have conferred with Adrienne Butcher, lead counsel for interlocutory Appellees, TDI-DWC & State of Texas, by email, and Shelly Singh, lead counsel for City of Austin, interlocutory Appellee, and both counsel are unopposed to the Appellants' Motion to Extend Time to file Appellants' Brief.

/s/ Brad McClellan
Bradley Dean McClellan

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Appellants' Motion to Extend Time was served on the through counsel of record by the method indicated below on January 2, 2018:

Adrienne Butcher, Assistant Attorney General    *Via eservice/email*
P.O. Box 12548, Capitol Station
Austin, Texas 78711
Telephone: (512) 463-1410
Facsimile: (512) 320-0167
adrienne.butcher@oag.texas.gov
 Attorneys for State Appellees, Interlocutory Appellees.

Shelly Singh    *Via eservice/email*
Assistant City Attorney, City of Austin Law Department
shelly.singh@austintexas.gov
P. O. Box 1546
Austin, Texas 78767-1546
Telephone: (512) 974-2015
Facsimile: (512) 974-1311
Attorneys for City of Austin, Interlocutory Appellees

Vaughan Waters    *Via eservice/email*
Dana M. Gannon
Thornton, Biechlin, Reynolds & Guerra, L.C.
100 N. E. Loop 410, Suite 500
San Antonio, Texas 78216
Telephone: (210) 342-5555
Facsimile: (210) 525-0666
vwaters@thorntonfirm.com
dgannon@thorntonfirm.com
Attorneys for Defendant Indemnity Insurance Co. of N.A.,

Darryl J. Silvera    *Via eservice/email*
dsilvera@silveralaw.com
The Silvera Firm, P.C.
17070 Dallas Parkway, Suite 100
Dallas, Texas 75248
Phone: (972) 715-1750
Fax: (972) 715-1759

Attorney for Defendant Trumbull
Insurance

Robert Stokes                                    *Via eservice/email*
Rebecca Strandwitz
Flahive, Ogden & Latson
P.O. Box 201329
Austin, Texas 78720
512-477-4405
512-241-3300 fax
rds@fol.com
rms@fol.com
Attorneys for Defendant XL Insurance
America, Inc.


                              /s/ Brad McClellan
                              Brad McClellan